George J. Wall, OSB No. 934515,
gwall@eastpdxlaw.com
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028

Of Attorneys for Plaintiff, Mary Bennetts.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MARY BENNETTS | ) | Case No.:   3:10-cv-01124-PK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| Michael J. Astrue | ) | AWARDING EAJA FEES |
| Commissioner, | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant | ) | |

On April 17, 2012 the Court granted the parties' stipulated motion for remand. The parties named above through their respective attorneys hereby agree that attorney fees in the amount of $5,651.06 as provided in the Equal Access to Justice Act (EAJA), 28 USC 2412(d), should be awarded to Plaintiff, Mary Bennetts.

Dated: May 15, 2012

/s/ George J. Wall
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Telephone: (503) 236-0068
Fax: (503) 236-0028
Attorney for Plaintiff, Mary Bennetts

/s/ L. Jamala Edwards
L. Jamala Edwards
Office of General Counsel
Jamala.edwards@ssa.gov
Telephone: (206)615-3749
Fax: (206)615-2531

Page 1 – STIPULATION AND PROPOSED ORDER, EAJA FEES

Per the stipulation of the parties, the Court orders that attorney fees in the amount of $5,651.06 shall be awarded to Plaintiff, Mary Bennetts, pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.

Signed: _Paul Papak_  Dated 5/15/12
~~Judge, U.S. District Court~~ MAGISTRATE JUDGE
District of Oregon

Order prepared by:

/s/ George J. Wall
George J. Wall, OSB #934515
Attorney for Plaintiff, Mary Bennetts
1336 E. Burnside St., Suite 130
Portland OR 97214

Dated: May 15, 2012

Page 2 – STIPULATION AND PROPOSED ORDER, EAJA FEES

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Stipulation and Order Awarding EAJA Fees was filed with the Clerk of the Court on May 15, 2012 using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Adrian L. Brown | adrian.brown@usdoj.gov, cherie.packard@usdoj.gov, mari.mcdonald@usdoj.gov |
| L. Jamala Edwards | Jamala.edwards@ssa.gov; OGCSeattle.ECF@ssa.gov |

/s/ George Wall
George J. Wall, OSB No. 934515
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax: (503)236-0028
gwall@eastpdxlaw.com

Page 3 – STIPULATION AND PROPOSED ORDER, EAJA FEES